JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD R. SHEA,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNUM PROVIDENT,<br><br>        Defendants. | CASE NO. CV 10-02563-MMM(Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 6, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE